# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Delores Stanton, | Civil No. 11-2909 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| IBM Medical and Dental Benefits Plan for Retired Employees, | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 14), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 8, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge